# EXHIBIT A

# THE UNITED STATES LIFE Insurance Company In The City of New York

125 Maiden Lane • New York NY 10038-4992 • 212 709 6000

THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, A STOCK COMPANY (REFERRED TO IN THIS POLICY AS WE/US/OUR) WILL PAY THE BENEFITS OF THIS POLICY SUBJECT TO ITS PROVISIONS. THIS PAGE AND THE PAGES THAT FOLLOW ARE PART OF THIS POLICY.

SIGNED AT OUR HOME OFFICE AT 125 MAIDEN LANE, NEW YORK, NEW YORK 10038 4992.

_General Counsel and Secretary_                    _President_

RIGHT TO RETURN POLICY

THE OWNER MAY RETURN THIS POLICY TO US AT THE ABOVE ADDRESS OR TO THE AGENT FROM WHOM IT WAS PURCHASED WITHIN 30 DAYS AFTER RECEIPT. THIS POLICY WILL THEN BE CANCELLED AS OF ITS DATE OF ISSUE AND ANY PREMIUM PAID WILL BE REFUNDED.

NW                                                27103001-1004-0198

## TABLE OF CONTENTS

| PAGE | TITLE OF PROVISION |
|---|---|
| 13 | ANNUAL REPORT |
| 12 | ASSIGNMENT |
| 10 | BASIS OF COMPUTATION |
| 12 | BENEFICIARY |
| 10 | CASH VALUE |
| 10 | CASH VALUE INTEREST RATES |
| 12 | CHANGE OF OWNER OR BENEFICIARY |
| 8 | CHANGES IN COVERAGE |
| 13 | CLAIMS OF CREDITORS |
| 12 | CONTRACT |
| 12 | CORRESPONDENCE |
| 11 | COST OF INSURANCE |
| 7 | DEATH BENEFIT |
| 12 | DEFERMENT |
| 7 | DEFINITIONS |
| 13 | DISCLOSURE STATEMENT |
| 10 | GRACE PERIOD |
| 13 | ILLUSTRATION OF FUTURE BENEFITS AND VALUES |
| 7 | INCONTESTABILITY |
| 12 | MISSTATEMENT OF AGE OR SEX |
| 11 | MONTHLY DEDUCTION |
| 9 | NO-LAPSE PERIODS AND CONDITIONS |
| 7 | NONPARTICIPATING |
| 12 | OWNER |
| 7 | PAYMENT OF PROCEEDS |
| 13 | POLICY COST FACTORS |
| 12 | POLICY LOAN |
| 12 | POLICY SETTLEMENT |
| 2 | POLICY SPECIFICATIONS |
| 8 | PREMIUM PAYMENTS |
| 10 | REINSTATEMENT |
| 8 | RIDERS |
| COVER | RIGHT TO RETURN POLICY |
| 2 | SCHEDULE OF BENEFITS AND PREMIUMS |
| 3 | SCHEDULE OF POLICY CHARGES |
| 7 | SUICIDE |
| 11 | SURRENDER OF POLICY |
| 3 | TABLE OF APPLICABLE PERCENTAGES |
| NEXT TO LAST | TABLE OF GUARANTEED MAXIMUM COST OF INSURANCE RATES |
| 4 & 5 | TABLE OF SURRENDER CHARGES |
| 11 | WITHDRAWAL FROM CASH VALUE |

SEE SUPPLEMENTAL BENEFIT PAGES FOR RIDERS, IF ANY.


FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE POLICY WITH FLEXIBLE DEATH
BENEFIT AND CASH VALUE
PREMIUMS PAYABLE FOR LIFE OF INSURED UNTIL MATURITY DATE
DEATH BENEFIT PAYABLE AT DEATH OF INSURED PRIOR TO MATURITY DATE
CASH VALUE, IF ANY, PAYABLE ON MATURITY DATE            NO DIVIDENDS


UL-93 79E.4                    ▓▓▓548L                    PAGE   1

POLICY SPECIFICATIONS

| | | | |
|---|---|---|---|
| INSURED | ███ GREEN | ███ 548L | POLICY NUMBER |
| INITIAL SPECIFIED AMOUNT | $5,000,000 | 03/15/1999 | DATE OF ISSUE |
| UNDERWRITING CLASS | STANDARD NON-TOBACCO | 15 | MONTHLY DATE |
| AGE AT ISSUE | 69 | 03/15/2030 | MATURITY DATE (END OF COVERAGE DATE)* |

SCHEDULE OF BENEFITS AND PREMIUMS

| BENEFITS | | INITIAL PREMIUM | PLANNED PREMIUM | PLANNED PREMIUM INTERVAL |
|---|---|---|---|---|
| MEDALIST PREMIER | DEATH BENEFIT (OPTION 1) | $750,000.00 | $750,000.00 | ANNUAL |

THE MONTHLY NO-LAPSE PREMIUM FOR THE INITIAL NO-LAPSE PERIOD IS $7,435.26.

LENGTH OF INITIAL NO-LAPSE PERIOD = 5 YEARS

GUARANTEED RATE USED TO CREDIT INTEREST TO THE PART OF THE CASH VALUE EQUAL TO ANY DEBT = 4.00%, COMPOUNDED YEARLY

GUARANTEED RATE USED TO CREDIT INTEREST TO THE REMAINING CASH VALUE = 4.00% PER YEAR, COMPOUNDED YEARLY

WE MAY CREDIT EXCESS INTEREST TO THE CASH VALUE EACH MONTH. ANY RATE USED TO CREDIT EXCESS INTEREST IS GUARANTEED ONLY FOR THE CURRENT POLICY MONTH. WE WILL NOT CREDIT EXCESS INTEREST TO THE PART OF THE CASH VALUE EQUAL TO ANY DEBT

*COVERAGE MAY EXPIRE BEFORE THE MATURITY DATE IF PLANNED PREMIUMS ARE NOT PAID, IF PREMIUMS PAID ARE NOT ENOUGH TO CONTINUE COVERAGE TO SUCH DATE, IF COVERAGE IS INCREASED OR DECREASED, OR IF THERE ARE ANY LOANS OR WITHDRAWALS FROM THE CASH VALUE.  COVERAGE MAY ALSO  BE AFFECTED BY CHANGES IN COST OF INSURANCE RATES OR CASH VALUE INTEREST RATES.  WE MAY CHANGE THE INTEREST RATES CREDITED TO THE POLICY AND THE COST OF INSURANCE RATES DEDUCTED FROM THE POLICY. ANY CHANGES IN THE CREDITING OF EXCESS INTEREST OR CHANGES IN COST OF INSURANCE RATES MAY REQUIRE MORE PREMIUM TO BE PAID THAN WAS ILLUSTRATED OR MAY CAUSE THE CASH VALUES TO BE LESS THAN THOSE ILLUSTRATED. THE STATEMENT OF POLICY COST AND BENEFIT INFORMATION DELIVERED WITH THIS POLICY SHOWS HOW LONG COVERAGE IN FORCE ON THE DATE OF ISSUE WILL CONTINUE BASED ON CURRENT AND GUARANTEED ASSUMPTIONS. THE ANNUAL REPORT SENT TO THE OWNER WILL UPDATE THIS INFORMATION.

MONTHLY INTEREST FACTOR = 1.0032737

MINIMUM SPECIFIED AMOUNT = $50,000

## SCHEDULE OF POLICY CHARGES

PREMIUM PAYMENT CHARGE = 6.0% OF EACH PREMIUM RECEIVED

POLICY FEE = $6.25 MONTHLY

SURRENDER CHARGE:  SEE TABLE OF SURRENDER CHARGES ON PAGES 4 AND 5

SURRENDER CHARGE FOR A SPECIFIED AMOUNT DECREASE = THE THEN CURRENT
SURRENDER CHARGE MULTIPLIED BY THE PRODUCT OF (1) THE PERCENTAGE OF
DECREASE IN THE SPECIFIED AMOUNT AND (2) THE POLICY YEAR FACTOR SHOWN
BELOW.  WE WILL LIMIT THE CHARGE, AS NEEDED, SO THAT THE REMAINING
CASH VALUE WILL BE LARGE ENOUGH TO COVER TWO MONTHLY DEDUCTIONS.

| POLICY YEAR OF DECREASE | POLICY YEAR FACTOR |
|---|---|
| 1 - 5 | 1.00 |
| 6 | 0.80 |
| 7 | 0.60 |
| 8 | 0.40 |
| 9 | 0.20 |
| 10 & LATER | 0.00 |

SURRENDER CHARGE FOR A WITHDRAWAL FROM THE CASH VALUE = 0

MAXIMUM FEE FOR EACH WITHDRAWAL FROM THE CASH VALUE = THE LESSER OF 5%
OF THE CASH VALUE BEING WITHDRAWN OR $25.00.  THIS FEE WILL NOT APPLY TO
THE FIRST WITHDRAWAL IN EACH POLICY YEAR.

LOAN INTEREST RATE = 6.0% PER YEAR, PAYABLE IN ARREARS.

## TABLE OF APPLICABLE PERCENTAGES

| ATTAINED AGE | APPLICABLE PERCENTAGE | ATTAINED AGE | APPLICABLE PERCENTAGE | ATTAINED AGE | APPLICABLE PERCENTAGE |
|---|---|---|---|---|---|
| 69 | 116 | 73 | 109 | 92 | 103 |
| 70 | 115 | 74 | 107 | 93 | 102 |
| 71 | 113 | 75-90 | 105 | 94 | 101 |
| 72 | 111 | 91 | 104 | 95-99 | 100 |

IN THE TABLE ON THE NEXT PAGE, MO. REFERS TO THE POLICY MONTH BEGINNING
IN THE CALENDAR MONTH SHOWN.

THE TABLE APPLIES TO THE INITIAL SPECIFIED AMOUNT. IF THE SPECIFIED
AMOUNT IS INCREASED, WE WILL PROVIDE A NEW TABLE.  IF THE SPECIFIED
AMOUNT IS DECREASED WHEN A POLICY SURRENDER CHARGE IS IN EFFECT, WE WILL
PROVIDE A NEW TABLE.

A STATEMENT OF THE METHOD OF CALCULATING SURRENDER CHARGES HAS BEEN
FILED WITH THE INSURANCE OFFICIAL OF THE STATE IN WHICH THIS POLICY IS
DELIVERED.

(CONTINUED ON NEXT PAGE)

TABLE OF SURRENDER CHARGES (CONTINUED)

| MO. | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|-----|------|------|------|------|------|------|------|------|------|------|
| JAN |      | 198692 | 198692 | 198692 | 198692 | 198692 | 182134 | 162265 | 142396 | 122527 |
| FEB |      | 198692 | 198692 | 198692 | 198692 | 198692 | 180479 | 160609 | 140740 | 120871 |
| MAR | 198692 | 198692 | 198692 | 198692 | 198692 | 198692 | 178823 | 158954 | 139084 | 119215 |
| APR | 198692 | 198692 | 198692 | 198692 | 198692 | 197036 | 177167 | 157298 | 137429 | 117559 |
| MAY | 198692 | 198692 | 198692 | 198692 | 198692 | 195380 | 175511 | 155642 | 135773 | 115904 |
| JUN | 198692 | 198692 | 198692 | 198692 | 198692 | 193725 | 173855 | 153986 | 134117 | 114248 |
| JUL | 198692 | 198692 | 198692 | 198692 | 198692 | 192069 | 172200 | 152331 | 132461 | 112592 |
| AUG | 198692 | 198692 | 198692 | 198692 | 198692 | 190413 | 170544 | 150675 | 130806 | 110936 |
| SEP | 198692 | 198692 | 198692 | 198692 | 198692 | 188757 | 168888 | 149019 | 129150 | 109281 |
| OCT | 198692 | 198692 | 198692 | 198692 | 198692 | 187102 | 167232 | 147363 | 127494 | 107625 |
| NOV | 198692 | 198692 | 198692 | 198692 | 198692 | 185446 | 165577 | 145707 | 125838 | 105969 |
| DEC | 198692 | 198692 | 198692 | 198692 | 198692 | 183790 | 163921 | 144052 | 124182 | 104313 |

| MO. | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|-----|------|------|------|------|------|------|------|
| JAN | 102658 | 82788 | 62919 | 43050 | 23181 | 3312 | 0 |
| FEB | 101002 | 81133 | 61263 | 41394 | 21525 | 1656 | 0 |
| MAR | 99346 | 79477 | 59608 | 39738 | 19869 | 0 | 0 |
| APR | 97690 | 77821 | 57952 | 38083 | 18213 | 0 | 0 |
| MAY | 96034 | 76165 | 56296 | 36427 | 16558 | 0 | 0 |
| JUN | 94379 | 74509 | 54640 | 34771 | 14902 | 0 | 0 |
| JUL | 92723 | 72854 | 52985 | 33115 | 13246 | 0 | 0 |
| AUG | 91067 | 71198 | 51329 | 31460 | 11590 | 0 | 0 |
| SEP | 89411 | 69542 | 49673 | 29804 | 9935 | 0 | 0 |
| OCT | 87756 | 67886 | 48017 | 28148 | 8279 | 0 | 0 |
| NOV | 86100 | 66231 | 46361 | 26492 | 6623 | 0 | 0 |
| DEC | 84444 | 64575 | 44706 | 24836 | 4967 | 0 | 0 |

(THIS PAGE IS INTENTIONALLY LEFT BLANK.)

## DEFINITIONS

**Age or attained age** means age nearest birthday at the beginning of a policy year.

**Policy months, policy years and monthly dates.** The first policy month and first policy year begin on the date of issue shown on page 2. Subsequent policy months and years begin on the same day of each subsequent calender month and year, respectively. The monthly date shown on page 2 is the day of a calendar month on which a policy month begins.

## PAYMENT OF PROCEEDS

Proceeds will be payable and this policy will terminate upon the earliest of (1) the death of the insured, (2) the surrender of this policy, or (3) the maturity date.

The death benefit less debt will be paid to the beneficiary upon receipt of due proof of the death of the insured before the maturity date. If the insured dies during a grace period when a no-lapse period is in effect, the death benefit will be reduced by any unpaid monthly no-lapse premiums. If the insured dies during a grace period when a no-lapse period is not in effect, the death benefit will be reduced by any unpaid monthly deductions.

The surrender value will be paid to the owner if this policy is surrendered before the maturity date.

The cash value less debt will be paid to the owner if the insured is living on the maturity date.

## DEATH BENEFIT

The death benefit at any time will be one of the following options chosen by the owner:

**Option 1.** The death benefit will be the greater of (a) the specified amount or (b) the corridor death benefit.

**Option 2.** The death benefit will be the greater of (a) the specified amount plus the cash value or (b) the corridor death benefit.

**Corridor death benefit.** The corridor death benefit is the applicable percentage of the cash value. The applicable percentage is based on the insured's attained age, as shown in the Table of Applicable Percentages on page 3.

**Qualification as life insurance.** This policy is intended by the owner to qualify as life insurance under the Internal Revenue Code. We reserve the right to increase the death benefit, if necessary, to maintain such qualification.

## SUICIDE

In the event of the suicide of the insured within two years from the date of issue, our liability will be limited to the premiums paid less any debt and any withdrawals from the cash value. In the event of the suicide of the insured within two years from the date of an increase in specified amount or within two years from the date of a change from death benefit option 1 to option 2, our liability will be limited to the death benefit that would have been payable had no such increase or change taken effect. We will also refund the additional cost of insurance deductions for such increase or change.

## INCONTESTABILITY

We will not contest this policy after it has been in force during the lifetime of the insured for two years from the date of issue.

We will not contest a reinstatement after the reinstatement has been in force during the lifetime of the insured for two years. If we contest a reinstatement, we will contest only statements made in the reinstatement application.

We will not contest an increase in specified amount or a change from death benefit option 1 to option 2 after such increase or change has been in force during the lifetime of the insured for two years. If we successfully contest a change in death benefit option, the death benefit will be what would have been payable if the change had not taken effect.

## NONPARTICIPATING

This policy does not pay dividends. Any change in cost of insurance rates or excess interest rates will take effect prospectively. We will not recoup prior losses, if any, by changing cost of insurance rates or excess interest rates.

## CHANGES IN COVERAGE

The owner may, by written request, change the specified amount or the death benefit option. A change may be made on any monthly date after the first policy year while this policy is in force. A change will be subject to the following conditions:

**Increase in specified amount.** An increase in specified amount will be subject to evidence of insurability satisfactory to us. The surrender value must not be less than two new monthly no-lapse premiums.

**Specified amount layers.** A specified amount layer is the initial specified amount or a later specified amount increase. The specified amount equals the sum of the specified amount layers.

**Decrease in specified amount.** A decrease in specified amount will first reduce the most recent specified amount layer and will then reduce any previous specified amount layers in the reverse order in which they took effect. After a decrease the specified amount may not be less than the minimum specified amount shown on page 3, unless we permit a lower amount under our rules. If the specified amount is decreased when a policy surrender charge is in effect, we will apply a surrender charge to the decrease, as described on page 3.

**Change from option 1 to option 2.** A change from option 1 to option 2 will be subject to evidence of insurability satisfactory to us. The surrender value must be large enough to cover the next two monthly deductions. The specified amount under option 2 will equal the death benefit that was in force under option 1 less the cash value on the date of change.

**Change from option 2 to option 1.** If there is a change from option 2 to option 1, the specified amount under option 1 will equal the death benefit that was in force under option 2 on the date of change.

**Qualification as life insurance.** If the owner requests a decrease in specified amount or a change in death benefit option which would cause this policy to lose its qualification as life insurance under the Internal Revenue Code, we will automatically withdraw from this policy's cash value the amount required to maintain such qualification.

A change in coverage will take effect on the date shown in a supplemental endorsement.

## PREMIUM PAYMENTS

The initial premium is due on the date of issue and is payable at our home office or to an authorized agent. This premium may not be less than the monthly no-lapse premium shown on page 2. Insurance will not take effect before this premium is paid. Later premiums may be paid at our home office in any amount and at any time while this policy is in force, subject to the following conditions:

**Planned premiums.** The amount and interval of planned premiums are shown on page 2. The owner may change the amount or interval. Premiums must be at least $250 (or $50 if paid under an automatic payment plan), unless we permit lower amounts under our rules. We may limit the amount of a planned premium increase. We reserve the right not to accept a planned premium that would cause an immediate increase in the amount at risk until we receive evidence of insurability satisfactory to us.

**Additional premiums.** Additional premiums may be paid at any time. Premiums must be at least $250, unless we permit a lower amount under our rules. We may limit the number and amount of additional premiums. We will not accept an additional premium that would cause an immediate increase in the amount at risk until we receive evidence of insurability satisfactory to us.

**Qualification as life insurance.** We will not accept any premium that would cause this policy to lose its qualification as life insurance under the Internal Revenue Code.

## RIDERS

Additional benefits may be provided by riders attached to this policy. If the word "premium" appears in a rider, it will be deemed to refer to the cost of the benefit provided by the rider.

## NO-LAPSE PERIODS AND CONDITIONS

This policy will not lapse as long as its surrender value is large enough to cover each monthly deduction when due. Even if this condition is not met, this policy will not lapse during a no-lapse period if the applicable no-lapse condition is met.

**Initial no-lapse period.** The initial no-lapse period starts on the date of issue. The length of the initial no-lapse period is shown on page 2.

**Initial no-lapse condition.** This policy will not lapse during the initial no-lapse period if the sum of the premiums that have been paid as of each monthly date is not less than (1) plus (2) plus (3) where:

(1) is the monthly no-lapse premium shown on page 2 times the number of monthly dates which have occurred, starting with the date of issue;

(2) is the amount of current debt; and

(3) is the amount of cash value withdrawn since the date of issue.

**New no-lapse period.** A new no-lapse period will start on a new no-lapse date and will supersede any existing no-lapse period. A new no-lapse date is a monthly date (a) on which coverage is increased, or (b) on which, during a no-lapse period, coverage is decreased or the insured's underwriting class is improved. If coverage is increased, the length of the new no-lapse period will be the same as that of the initial no-lapse period. If, during a no-lapse period, coverage is decreased or the insured's underwriting class is improved, the new no-lapse period will retain the expiry date of the existing no-lapse period.

Coverage is increased if:

1.   this policy's specified amount is increased (unless such increase results from an automatic increase rider);

2.   a new rider is added to this policy; or

3.   coverage under an existing rider is increased.

Coverage is decreased if:

1.   this policy's specified amount is decreased;

2.   an existing rider is removed from this policy; or

3.   coverage under an existing rider is decreased.

**New no-lapse condition.** This policy will not lapse during a new no-lapse period if the accumulated premiums that have been paid as of each monthly date since the new no-lapse date are not less than (1) plus (2) plus (3) minus (4) where:

(1) is the new monthly no-lapse premium, which we will provide at the start of the new no-lapse period, times the number of monthly dates which have occurred, starting with the new no-lapse date;

(2) is the increase in debt since the new no-lapse date;

(3) is the amount of cash value withdrawn since the new no-lapse date; and

(4) is the no-lapse prepayment credit.

The no-lapse prepayment credit is the new monthly no-lapse premium times the number of future policy months (including fractions) for which the old monthly no-lapse premium was prepaid beyond the new no-lapse date. We will not give credit for prepayments beyond the earlier of (a) the end of the current policy year, or (b) the expiry date of the new no-lapse period.

**Waiver of monthly deductions.** If we waive monthly deductions under a disability benefit rider attached to this policy, any existing no-lapse period will be suspended on the monthly date following the start of disability. Such no-lapse period will resume on the monthly date following the end of disability.

**GRACE PERIOD**

If a no-lapse period is in effect, a grace period will start on a monthly date on which (1) the surrender value is not large enough to cover the next monthly deduction and (2) the applicable no-lapse condition is not met. In order to maintain this policy in force, we must receive before the end of the grace period a payment equalling at least two monthly no-lapse premiums. If a sufficient payment is not made, the grace period will end 61 days after it began, at which time all coverage will end and this policy will lapse without value.

If a grace period is not in effect, a grace period will start on a monthly date on which the surrender value is not large enough to cover the next monthly deduction. In order to maintain this policy in force, we must receive before the end of the grace period a payment large enough to increase the surrender value to an amount equal to two times the current monthly deduction. If a sufficient payment is not made, the grace period will end 61 days after it began, at which time all coverage will end and this policy will lapse without value.

We will mail a premium reminder notice and at least 30 days' advance written notice of lapse to the owner's last known address.

**REINSTATEMENT**

If this policy lapses it may be reinstated within five years after the end of the grace period. We must receive evidence of insurability satisfactory to us. All debt must be paid or reinstated. A premium sufficient to keep this policy in force for at least two months must be paid. The date of reinstatement will be the monthly date that falls on or next follows the date we approve the reinstatement application.

The length of any remaining period during which a surrender charge will apply and the amounts of any remaining surrender charges will be the same on the date of reinstatement as on the date of lapse. We will provide a new table of surrender charges.

The cash value on the date of reinstatement will be the cash value on the date of lapse increased by the amount paid at reinstatement and decreased by any premium payment charge shown on page 3 and one monthly deduction.

If this policy lapses during a no-lapse period, this period will be suspended on the date of lapse. It will resume on the date of reinstatement. At such time, the premium sufficient to reinstate this policy will be a payment equalling at least two monthly no-lapse premiums.

If a no-lapse period is not in effect when this policy lapses, the premium sufficient to reinstate this policy will be a payment large enough to increase the surrender value to an amount equal to two times the current monthly deduction.

**CASH VALUE**

The cash value on the date of issue will equal the initial premium, less the monthly deduction for the first policy month, less any premium payment charge shown on page 3.

The cash value on each monthly date is determined as follows:

1.  Add (a) the cash value on the last monthly date, (b) one month's interest on that cash value, and (c) all premiums received since the last monthly date, less any premium payment charge, plus accrued interest.

2.  From that sum subtract (a) any surrender charge for a specified amount decrease that takes effect on the current monthly date, (b) any withdrawal made from the cash value since the last monthly date, and (c) the monthly deduction for the next policy month.

On any date other than a monthly date the cash value will equal the cash value on the last monthly date, less any withdrawal made from the cash value since that date, plus all premiums received since that date, less any premium payment charge, plus accrued interest.

**CASH VALUE INTEREST RATES**

The rate used to credit interest to the cash value will equal the guaranteed rate shown on page 2, plus any rate used to credit excess interest.

Any rate used to credit excess interest is guaranteed only for the current policy month. Once credited, excess interest will be nonforfeitable, except for any surrender charges and monthly deductions under this policy. A separate rate will be used to credit interest to the part of the cash value equal to any debt. This separate rate is shown on page 2.

**BASIS OF COMPUTATION**

Minimum surrender values are based on the mortality table specified on the next to last page, with interest at the guaranteed cash value interest rate shown on page 3. Deaths are assumed to occur at the end of a policy month. A statement of the method of calculating surrender values has been filed with the insurance official of the state in which this policy is delivered. Surrender values under this policy are equal to or greater than the values required by law.

## MONTHLY DEDUCTION

The monthly deduction is the sum of the cost of insurance for the policy month, the policy fee shown on page 3, and the cost of any riders for the policy month.

## COST OF INSURANCE

The cost of insurance is the sum of the products of

1. the amount at risk for each specified amount layer, and
2. its applicable cost of insurance rate.

**Amount at risk.** The amount at risk for this policy is the sum of the amounts at risk for the specified amount layers.

The amount at risk for a specified amount layer is:

1. For death benefit option 1, the specified amount layer minus the allocated portion of the cash value. The cash value is allocated first to the oldest specified amount layer. Any excess is then allocated to subsequent specified amount layers in the order that they took effect.

2. For death benefit option 2, the specified amount layer.

Whenever the death benefit equals the corridor death benefit, each specified amount layer will be increased by a uniform percentage for the purpose of determining its amount at risk. Under option 1 the uniform percentage will be the percentage by which the corridor death benefit exceeds the specified amount. Under option 2 the uniform percentage will be the percentage by which the corridor death benefit minus the cash value exceeds the specified amount.

For calculating the cost of insurance, each amount at risk will be adjusted using the monthly interest factor shown on page 3.

If a change from death benefit option 1 to option 2 has been made, each specified amount layer will be set equal to its amount at risk on the date of the change.

If a change from death benefit option 2 to option 1 has been made, the oldest specified amount layer with a nonzero amount at risk will be set equal to its amount at risk plus the cash value on the date of the option change. Each subsequent specified amount layer will be set equal to its amount at risk on the date of the change.

**Cost of insurance rates.** The monthly cost of insurance rates applicable to the amount at risk for each specified amount layer is based on the insured's sex, attained age, underwriting class and current death benefit, and the number of policy years that have elapsed since the layer took effect. Part of the cost of insurance covers the acquisition expenses arising from issuing this policy and such expenses are higher in the early policy years.

We may change cost of insurance rates based on our expectations of future experience. Any change in rates will apply to all insureds with the same benefits and provisions who have the same age at issue, date of issue, sex and underwriting class. We will not change rates for insurance already in force because of any change in the insured's health, occupation or avocation. We will review cost of insurance rates at least once every five years to determine if any change is to be made. We will review rates for this policy at least once in a year in which rates are changed for new policies issued on this form.

The guaranteed maximum cost of insurance rates are shown on the next to last page.

## SURRENDER OF POLICY

The owner may, by written request, surrender this policy for its surrender value on any date while the insured is alive. The surrender value will equal the cash value less debt less any surrender charge, as shown in the Table of Surrender Charges on pages 4 and 5.

## WITHDRAWAL FROM THE CASH VALUE

The owner may, by written request, make a withdrawal from the cash value of this policy on any date while the insured is alive.

The withdrawal may be for any amount that does not exceed the surrender value less $350. If death benefit option 1 is in effect, the *specified* amount will be reduced by the amount of the withdrawal. Withdrawals will reduce the specified amount layers, in the order in which they took effect. The specified amount after any withdrawal may not be less than the minimum specified amount shown on page 3, unless we permit a lower amount under our rules.

If a surrender charge for a withdrawal is shown on page 3, the charge will be deducted from the amount withdrawn. In such event we will provide a new table of surrender charges.

We may limit the number of withdrawals in a policy year to three. In addition to any surrender charge, we may charge a fee for a withdrawal. The maximum fee is shown on page 3. We may specify a lower fee under our rules. Any fee will be deducted from the amount withdrawn.

## POLICY LOAN

The owner may, by written request, borrow on this policy using this policy as sole security. The amount of a loan may not exceed the surrender value at the time the loan is made.

We will charge loan interest at the rate shown on page 3.

Debt consists of unpaid policy loans, plus loan interest due or accrued, less unearned loan interest. Any debt may be repaid at any time this policy is in force. Interest not paid when due will be added to the debt and will bear interest at the same rate. If the debt equals or exceeds the cash value less the surrender charge, this policy will lapse, subject to the Grace Period and the No-lapse Periods and Conditions provisions.

## DEFERMENT

We may defer payment of proceeds for the period permitted by law, up to six months, in the case of a policy surrender, withdrawal from the cash value or policy loan. We will not defer a payment which is to be applied to pay required premiums on policies in force with us.

## OWNER

The owner is as shown in the application unless changed. The owner has all rights under this policy while the insured is alive. These rights are subject to the consent of any living irrevocable beneficiary.

## BENEFICIARY

The beneficiary is as shown in the application unless changed. If no beneficiary survives the insured, the owner or the estate of the owner will be the beneficiary. However, if a trust is the owner and no beneficiary survives the insured, the estate of the insured will be the beneficiary.

## CHANGE OF OWNER OR BENEFICIARY

While this policy is in force the owner may change the beneficiary or ownership by written notice to us. When we record the change, it will take effect as of the date the owner signed the notice, subject to any payment we make or other action we take before recording.

## CORRESPONDENCE

Any request, notice or proof shall be filed with our home office.

## ASSIGNMENT

No assignment of this policy will be binding on us until filed with us in writing and recorded by us. No assignment will affect any payment we made before we recorded the assignment. We will not be responsible for the validity of an assignment.

All rights of the owner and any revocable beneficiary are subject to the rights of any assignee on record with us.

## POLICY SETTLEMENT

In any settlement we may require the return of this policy.

## THE CONTRACT

This policy, including any riders and endorsements, the original application, and any supplemental applications and declarations, is the entire contract.

All statements in an application are representations and not warranties. No statement will be used to void this policy or to contest a claim unless it appears in an application or declaration which is attached to and made part of this policy.

This policy may not be changed, nor may any of our rights or requirements be waived, except in writing by one of our authorized officers.

## MISSTATEMENT OF AGE OR SEX

If the insured's age or sex has been misstated, we will adjust the death benefit to reflect the amount at risk that would have been provided by the most recent monthly deduction made and the most recent cost of insurance rate for the insured's correct age and sex.

**CLAIMS OF CREDITORS**

All payments under this policy are exempt from the claims of creditors to the extent permitted by law. Payments may not be assigned or withdrawn without our consent before becoming payable.

**DISCLOSURE STATEMENT**

We will deliver with this policy a statement of policy cost and benefit information. This statement will include any information required by the state in which this policy is delivered.

**ANNUAL REPORT**

We will send a report to the owner once each year. The report will show this policy's current benefits and values, the policy activity for the previous year, and any other data required by the state in which this policy is delivered.

**ILLUSTRATION OF FUTURE BENEFITS AND VALUES**

Upon the owner's written request and payment of the service fee then in effect, we will provide an illustration of future benefits and values for this policy.

**POLICY COST FACTORS**

We can change cost of insurance rates and excess interest rates. Any such changes will be determined according to the procedures and standards on file with the insurance department of the state in which this policy is delivered. Changes will be made by class and will be based on changes in our future expectations of investment earnings, mortality, persistency, and expenses, as applicable. We cannot change the expense charges shown on page 3 of this policy.

## ENDORSEMENT

The Payment Options of the policy to which this endorsement is attached will be as follows:

### PAYMENT OPTIONS

The term "annuitant/insured" as used in the following paragraph means the person named in the Policy Specifications as annuitant or insured, as the case may be.

Proceeds of $2,000 or more may be paid under an option. When proceeds are placed under an option the payee will receive a settlement contract. The date of the contract will be the date the proceeds become payable. The owner may choose the option only while the annuitant/insured is living. After the death of the annuitant/insured, the beneficiary may choose the option if proceeds are payable in one sum. Payment options for death proceeds must be chosen within six months after the annuitant's/insured's death. Payment options for other proceeds must be chosen within two months of the date they are payable. All elections must be filed with us in writing. Payments may be requested at 1, 3, 6 or 12 month intervals. Each payment must be at least $20. Each payee must be a living person receiving payments in his own right.

Proceeds that are subject to a withdrawal charge may not be placed under these payment options:

1. options 1 or 2; or
2. option 3, if income will be paid over a period of less than 10 years.

The interest rate for options 1, 2 and 3 will be declared by us each year. This rate will never be less than 3% per year. For options 1 and 3 any interest in excess of 3% will be used to increase payment amounts; for option 2 any excess interest will be used to lengthen the payment period.

For options 4, 5, 6 and 7 the payments will be based on rates declared by us from time to time. These rates will be 3 1/2% less than the published rates in effect for immediate annuities on the date of the settlement contract. Payments under these rates will never be less than the amount according to the tables of minimum monthly income in this endorsement. The rates in the tables are derived from a projection of the 1983 Table "a", and an annual interest rate of 3.00%.

**Option 1. Interest.** We will hold the proceeds on deposit. Interest will be paid while the payee is living. Sums of $500 or more may be withdrawn up to four times a year.

**Option 2. Specified Income.** We will pay a stated income amount until the proceeds, with interest on the unpaid balance, are used up. The income each year may not be less than 10% of the proceeds.

**Option 3. Income for Specified Period.** We will pay an income for a stated period, up to 30 years.

**Option 4. Life Income with Guaranteed Period.** We will pay an income for a guaranteed period and for the rest of the payee's life. The guaranteed period may be 10, 15 or 20 years. If the tables on pages 3 and 4 of this endorsement show the same amount for different periods for the age at which payments start, we will pay the amount for the longest period for which it is shown.

**Option 5. Life Income without Guaranteed Period.** We will pay an income for the payee's lifetime. Payments will end at the death of the payee. However, if the payee dies within one year of the date of the settlement contract, payments will be continued to a contingent payee until 10 years from the date of the settlement contract.

**Option 6. Life Income with Installment Refund.** We will pay an income for a guaranteed period and for the rest of the payee's life. The guaranteed period is the period required for the sum of income payments to equal the proceeds applied.

**Option 7. Joint Life Income with 2/3 to Survivor.** We will pay an income while both payees are living. When one payee dies we will pay 2/3 of the income for the rest of the survivor's life. However, if one payee dies within one year from the date of the settlement contract, income will be paid to the survivor thereafter as if the survivor had chosen option 5 on the date of the settlement contract.

**Additional Option to Buy Single Premium Immediate Life Annuity at Reduced Rate.** If proceeds of at least $2,000 are applied under option 4, 5, 6 or 7, additional money may be used to buy a single premium immediate life annuity. The cost of this annuity will be 3 1/2% less than the then published rate. The monthly income from this annuity together with the monthly income from option 4, 5, 6 or 7 may not exceed 3 times the monthly income which could be bought solely by applying the policy proceeds. Written request must be made within 31 days from the date proceeds are payable.

If a choice is made to apply proceeds under option 4, 5, 6, or 7, but applying those proceeds toward purchase of the same benefits under this option would produce a larger annuity payment, we will automatically apply those proceeds under this option.

**(Continued on page 2)**

PO3-NQ 79-1E.3

**PAYMENT OPTIONS (Continued)**

**Payment Provisions.** The first payment under options 2, 3, 4, 5, 6 or 7 will be due as of the date of the settlement contract. The first payment under option 1 will be due at the end of the first interest period. If any payments remain under an option at the death of the payee, or at the death of the surviving payee in regard to option 7, the amount stated below will be paid in one sum to the payee's executors or administrators, unless otherwise directed in the election of the option:

**Option 1.** Any amount left on deposit with accrued interest.

**Option 2.** The unpaid balance of proceeds with accrued interest.

**Option 3.** The commuted value, based on interest at 3% per year, of any future income payments for the stated guaranteed period.

**Options 4, 5, 6 or 7.** The commuted value of any future income payments for the stated guaranteed period, based on interest as follows:

1. if payments are made according to the tables of minimum monthly income in this endorsement, 3% per year; or

2. if payments are based on the published rates in effect for immediate annuities, the interest rate shown in the settlement contract.

**Evidence of Age and Survival.** We may require due proof of age and continued survival of a payee under options 4, 5, 6 or 7.

**Special Agreements.** Policy proceeds may be paid in any other manner agreed to by us.

THE UNITED STATES LIFE Insurance Company
In the City of New York

*Chairman of the Board*

## TABLE OF MINIMUM MONTHLY INCOME FOR FEMALE PAYEES
## UNDER PAYMENT OPTIONS FOR EACH $1,000 OF PROCEEDS

**OPTION 3 — INCOME FOR SPECIFIED PERIOD**

| Year | Income |
|---|---|
| 1 | $ 84.47 |
| 2 | 42.86 |
| 3 | 28.99 |
| 4 | 22.06 |
| 5 | 17.91 |
| 6 | 15.14 |
| 7 | 13.16 |
| 8 | 11.68 |
| 9 | 10.53 |
| 10 | 9.61 |
| 11 | 8.86 |
| 12 | 8.24 |
| 13 | 7.71 |
| 14 | 7.26 |
| 15 | 6.87 |
| 16 | 6.53 |
| 17 | 6.23 |
| 18 | 5.96 |
| 19 | 5.73 |
| 20 | 5.51 |
| 21 | 5.32 |
| 22 | 5.15 |
| 23 | 4.99 |
| 24 | 4.84 |
| 25 | 4.71 |
| 26 | 4.59 |
| 27 | 4.48 |
| 28 | 4.37 |
| 29 | 4.27 |
| 30 | 4.18 |

| AGE AT FIRST PAYMENT | OPTION 4 — LIFE INCOME WITH GUARANTEED PERIOD | | | OPTION 5 — LIFE INCOME WITHOUT GUARANTEED PERIOD | OPTION 6 — LIFE INCOME WITH INSTALLMENT REFUND |
|---|---|---|---|---|---|
| | 10 Years | 15 Years | 20 Years | | |
| 5 and under | $ 2.72 | $ 2.72 | $ 2.72 | $ 2.72 | $ 2.79 |
| 6 | 2.73 | 2.73 | 2.73 | 2.73 | 2.79 |
| 7 | 2.74 | 2.74 | 2.74 | 2.74 | 2.79 |
| 8 | 2.75 | 2.75 | 2.75 | 2.75 | 2.79 |
| 9 | 2.76 | 2.76 | 2.76 | 2.76 | 2.79 |
| 10 | 2.77 | 2.77 | 2.77 | 2.77 | 2.79 |
| 11 | 2.78 | 2.78 | 2.78 | 2.78 | 2.79 |
| 12 | 2.79 | 2.79 | 2.79 | 2.79 | 2.79 |
| 13 | 2.80 | 2.80 | 2.80 | 2.80 | 2.80 |
| 14 | 2.81 | 2.81 | 2.81 | 2.81 | 2.81 |
| 15 | 2.82 | 2.82 | 2.82 | 2.82 | 2.82 |
| 16 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| 17 | 2.85 | 2.85 | 2.84 | 2.85 | 2.84 |
| 18 | 2.86 | 2.86 | 2.86 | 2.86 | 2.86 |
| 19 | 2.87 | 2.87 | 2.87 | 2.87 | 2.87 |
| 20 | 2.89 | 2.89 | 2.89 | 2.89 | 2.88 |
| 21 | 2.90 | 2.90 | 2.90 | 2.90 | 2.90 |
| 22 | 2.92 | 2.92 | 2.92 | 2.92 | 2.91 |
| 23 | 2.93 | 2.93 | 2.93 | 2.93 | 2.93 |
| 24 | 2.95 | 2.95 | 2.95 | 2.95 | 2.95 |
| 25 | 2.97 | 2.97 | 2.96 | 2.97 | 2.96 |
| 26 | 2.98 | 2.98 | 2.98 | 2.98 | 2.98 |
| 27 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 |
| 28 | 3.02 | 3.02 | 3.02 | 3.02 | 3.02 |
| 29 | 3.04 | 3.04 | 3.04 | 3.04 | 3.04 |
| 30 | 3.06 | 3.06 | 3.06 | 3.06 | 3.06 |
| 31 | 3.09 | 3.08 | 3.08 | 3.09 | 3.08 |
| 32 | 3.11 | 3.11 | 3.11 | 3.11 | 3.10 |
| 33 | 3.13 | 3.13 | 3.13 | 3.13 | 3.13 |
| 34 | 3.16 | 3.16 | 3.15 | 3.16 | 3.15 |
| 35 | 3.18 | 3.18 | 3.18 | 3.18 | 3.18 |
| 36 | 3.21 | 3.21 | 3.21 | 3.21 | 3.20 |
| 37 | 3.24 | 3.24 | 3.24 | 3.24 | 3.23 |
| 38 | 3.27 | 3.27 | 3.27 | 3.27 | 3.26 |
| 39 | 3.30 | 3.30 | 3.30 | 3.30 | 3.29 |
| 40 | 3.34 | 3.33 | 3.33 | 3.34 | 3.32 |
| 41 | 3.37 | 3.37 | 3.36 | 3.37 | 3.35 |
| 42 | 3.41 | 3.40 | 3.40 | 3.41 | 3.39 |
| 43 | 3.44 | 3.44 | 3.43 | 3.45 | 3.42 |
| 44 | 3.49 | 3.48 | 3.47 | 3.49 | 3.46 |
| 45 | 3.53 | 3.52 | 3.51 | 3.53 | 3.50 |
| 46 | 3.57 | 3.57 | 3.55 | 3.58 | 3.54 |
| 47 | 3.62 | 3.61 | 3.60 | 3.62 | 3.58 |
| 48 | 3.67 | 3.66 | 3.64 | 3.67 | 3.63 |
| 49 | 3.72 | 3.71 | 3.69 | 3.73 | 3.68 |
| 50 | 3.78 | 3.76 | 3.74 | 3.78 | 3.73 |
| 51 | 3.83 | 3.82 | 3.79 | 3.84 | 3.78 |
| 52 | 3.90 | 3.88 | 3.85 | 3.90 | 3.83 |
| 53 | 3.96 | 3.94 | 3.90 | 3.97 | 3.89 |
| 54 | 4.03 | 4.00 | 3.96 | 4.04 | 3.95 |
| 55 | 4.10 | 4.07 | 4.02 | 4.12 | 4.02 |
| 56 | 4.17 | 4.14 | 4.09 | 4.19 | 4.08 |
| 57 | 4.25 | 4.22 | 4.15 | 4.28 | 4.15 |
| 58 | 4.34 | 4.29 | 4.22 | 4.36 | 4.23 |
| 59 | 4.42 | 4.37 | 4.29 | 4.46 | 4.30 |
| 60 | 4.52 | 4.46 | 4.36 | 4.56 | 4.39 |
| 61 | 4.62 | 4.55 | 4.44 | 4.66 | 4.47 |
| 62 | 4.72 | 4.64 | 4.51 | 4.78 | 4.56 |
| 63 | 4.84 | 4.74 | 4.59 | 4.90 | 4.66 |
| 64 | 4.95 | 4.84 | 4.66 | 5.03 | 4.76 |
| 65 | 5.08 | 4.95 | 4.74 | 5.17 | 4.87 |
| 66 | 5.21 | 5.06 | 4.81 | 5.31 | 4.98 |
| 67 | 5.35 | 5.17 | 4.89 | 5.47 | 5.10 |
| 68 | 5.50 | 5.28 | 4.96 | 5.65 | 5.23 |
| 69 | 5.66 | 5.40 | 5.03 | 5.83 | 5.36 |
| 70 | 5.82 | 5.52 | 5.09 | 6.03 | 5.51 |
| 71 | 6.00 | 5.64 | 5.15 | 6.25 | 5.66 |
| 72 | 6.18 | 5.75 | 5.21 | 6.49 | 5.82 |
| 73 | 6.37 | 5.87 | 5.26 | 6.74 | 5.99 |
| 74 | 6.56 | 5.98 | 5.30 | 7.02 | 6.17 |
| 75 | 6.76 | 6.09 | 5.34 | 7.33 | 6.37 |
| 76 | 6.97 | 6.19 | 5.38 | 7.65 | 6.57 |
| 77 | 7.17 | 6.29 | 5.41 | 8.01 | 6.78 |
| 78 | 7.39 | 6.38 | 5.43 | 8.40 | 7.02 |
| 79 | 7.59 | 6.46 | 5.46 | 8.82 | 7.26 |
| 80 | 7.79 | 6.53 | 5.47 | 9.28 | 7.52 |
| 81 and over | 7.99 | 6.59 | 5.49 | 9.78 | 7.79 |

MINIMUM INCOME AMOUNTS PAYABLE OTHER THAN MONTHLY WILL BE FURNISHED ON REQUEST.

## TABLE OF MINIMUM MONTHLY INCOME FOR MALE PAYEES
## UNDER PAYMENT OPTIONS FOR EACH $1,000 OF PROCEEDS

**OPTION 3 — INCOME FOR SPECIFIED PERIOD**

| Year | Income |
|---|---|
| 1 | $ 84.47 |
| 2 | 42.86 |
| 3 | 28.99 |
| 4 | 22.06 |
| 5 | 17.91 |
| 6 | 15.14 |
| 7 | 13.16 |
| 8 | 11.68 |
| 9 | 10.53 |
| 10 | 9.61 |
| 11 | 8.86 |
| 12 | 8.24 |
| 13 | 7.71 |
| 14 | 7.26 |
| 15 | 6.87 |
| 16 | 6.53 |
| 17 | 6.23 |
| 18 | 5.96 |
| 19 | 5.73 |
| 20 | 5.51 |
| 21 | 5.32 |
| 22 | 5.15 |
| 23 | 4.99 |
| 24 | 4.84 |
| 25 | 4.71 |
| 26 | 4.59 |
| 27 | 4.48 |
| 28 | 4.37 |
| 29 | 4.27 |
| 30 | 4.18 |

| AGE AT FIRST PAYMENT | OPTION 4 — LIFE INCOME WITH GUARANTEED PERIOD | | | OPTION 5 — LIFE INCOME WITHOUT GUARANTEED PERIOD | OPTION 6 — LIFE INCOME WITH INSTALLMENT REFUND |
|---|---|---|---|---|---|
| | 10 Years | 15 Years | 20 Years | | |
| 5 and under | $ 2.78 | $ 2.78 | $ 2.78 | $ 2.78 | $ 2.79 |
| 6 | 2.79 | 2.79 | 2.79 | 2.79 | 2.79 |
| 7 | 2.80 | 2.80 | 2.80 | 2.80 | 2.80 |
| 8 | 2.81 | 2.81 | 2.81 | 2.81 | 2.81 |
| 9 | 2.82 | 2.82 | 2.82 | 2.82 | 2.82 |
| 10 | 2.84 | 2.84 | 2.83 | 2.84 | 2.83 |
| 11 | 2.85 | 2.85 | 2.85 | 2.85 | 2.84 |
| 12 | 2.86 | 2.86 | 2.86 | 2.86 | 2.86 |
| 13 | 2.87 | 2.87 | 2.87 | 2.88 | 2.87 |
| 14 | 2.89 | 2.89 | 2.89 | 2.89 | 2.88 |
| 15 | 2.90 | 2.90 | 2.90 | 2.90 | 2.90 |
| 16 | 2.92 | 2.92 | 2.91 | 2.92 | 2.91 |
| 17 | 2.93 | 2.93 | 2.93 | 2.93 | 2.93 |
| 18 | 2.95 | 2.95 | 2.95 | 2.95 | 2.94 |
| 19 | 2.97 | 2.96 | 2.96 | 2.97 | 2.96 |
| 20 | 2.98 | 2.98 | 2.98 | 2.98 | 2.97 |
| 21 | 3.00 | 3.00 | 3.00 | 3.00 | 2.99 |
| 22 | 3.02 | 3.02 | 3.02 | 3.02 | 3.01 |
| 23 | 3.04 | 3.04 | 3.03 | 3.04 | 3.03 |
| 24 | 3.06 | 3.06 | 3.06 | 3.06 | 3.05 |
| 25 | 3.08 | 3.08 | 3.08 | 3.08 | 3.07 |
| 26 | 3.10 | 3.10 | 3.10 | 3.10 | 3.09 |
| 27 | 3.13 | 3.12 | 3.12 | 3.13 | 3.11 |
| 28 | 3.15 | 3.15 | 3.14 | 3.15 | 3.14 |
| 29 | 3.18 | 3.17 | 3.17 | 3.18 | 3.16 |
| 30 | 3.20 | 3.20 | 3.19 | 3.20 | 3.19 |
| 31 | 3.23 | 3.23 | 3.22 | 3.23 | 3.21 |
| 32 | 3.26 | 3.26 | 3.25 | 3.26 | 3.24 |
| 33 | 3.29 | 3.29 | 3.28 | 3.29 | 3.27 |
| 34 | 3.32 | 3.32 | 3.31 | 3.32 | 3.30 |
| 35 | 3.35 | 3.35 | 3.34 | 3.36 | 3.33 |
| 36 | 3.39 | 3.38 | 3.37 | 3.39 | 3.36 |
| 37 | 3.43 | 3.42 | 3.41 | 3.43 | 3.39 |
| 38 | 3.46 | 3.46 | 3.44 | 3.47 | 3.43 |
| 39 | 3.50 | 3.50 | 3.48 | 3.51 | 3.47 |
| 40 | 3.55 | 3.54 | 3.52 | 3.55 | 3.50 |
| 41 | 3.59 | 3.58 | 3.56 | 3.60 | 3.54 |
| 42 | 3.64 | 3.62 | 3.60 | 3.64 | 3.58 |
| 43 | 3.68 | 3.67 | 3.65 | 3.69 | 3.63 |
| 44 | 3.74 | 3.72 | 3.69 | 3.75 | 3.67 |
| 45 | 3.79 | 3.77 | 3.74 | 3.80 | 3.72 |
| 46 | 3.84 | 3.82 | 3.79 | 3.86 | 3.77 |
| 47 | 3.90 | 3.88 | 3.84 | 3.92 | 3.82 |
| 48 | 3.97 | 3.94 | 3.89 | 3.99 | 3.88 |
| 49 | 4.03 | 4.00 | 3.95 | 4.05 | 3.93 |
| 50 | 4.10 | 4.06 | 4.00 | 4.12 | 3.99 |
| 51 | 4.17 | 4.13 | 4.06 | 4.20 | 4.06 |
| 52 | 4.24 | 4.20 | 4.12 | 4.28 | 4.12 |
| 53 | 4.32 | 4.27 | 4.19 | 4.36 | 4.19 |
| 54 | 4.41 | 4.35 | 4.25 | 4.45 | 4.26 |
| 55 | 4.49 | 4.42 | 4.32 | 4.55 | 4.33 |
| 56 | 4.59 | 4.51 | 4.38 | 4.64 | 4.41 |
| 57 | 4.68 | 4.59 | 4.45 | 4.75 | 4.50 |
| 58 | 4.79 | 4.68 | 4.52 | 4.86 | 4.58 |
| 59 | 4.89 | 4.77 | 4.59 | 4.98 | 4.68 |
| 60 | 5.01 | 4.87 | 4.66 | 5.11 | 4.77 |
| 61 | 5.13 | 4.97 | 4.73 | 5.25 | 4.87 |
| 62 | 5.25 | 5.07 | 4.80 | 5.39 | 4.98 |
| 63 | 5.39 | 5.17 | 4.86 | 5.55 | 5.09 |
| 64 | 5.53 | 5.27 | 4.93 | 5.72 | 5.21 |
| 65 | 5.67 | 5.38 | 4.99 | 5.90 | 5.34 |
| 66 | 5.83 | 5.49 | 5.05 | 6.09 | 5.47 |
| 67 | 5.98 | 5.60 | 5.11 | 6.30 | 5.61 |
| 68 | 6.15 | 5.70 | 5.17 | 6.52 | 5.76 |
| 69 | 6.32 | 5.81 | 5.21 | 6.76 | 5.91 |
| 70 | 6.50 | 5.91 | 5.26 | 7.02 | 6.08 |
| 71 | 6.68 | 6.01 | 5.30 | 7.29 | 6.25 |
| 72 | 6.86 | 6.11 | 5.34 | 7.59 | 6.43 |
| 73 | 7.05 | 6.20 | 5.37 | 7.81 | 6.62 |
| 74 | 7.24 | 6.29 | 5.40 | 8.24 | 6.82 |
| 75 | 7.42 | 6.37 | 5.42 | 8.61 | 7.04 |
| 76 | 7.61 | 6.44 | 5.44 | 9.01 | 7.26 |
| 77 | 7.79 | 6.51 | 5.46 | 9.43 | 7.49 |
| 78 | 7.97 | 6.57 | 5.48 | 9.89 | 7.74 |
| 79 | 8.14 | 6.62 | 5.49 | 10.38 | 7.99 |
| 80 | 8.30 | 6.67 | 5.50 | 10.91 | 8.27 |
| 81 and over | 8.45 | 6.71 | 5.51 | 11.47 | 8.55 |

**MINIMUM INCOME AMOUNTS PAYABLE OTHER THAN MONTHLY WILL BE FURNISHED ON REQUEST.**

**TABLE OF MINIMUM MONTHLY INCOME UNDER PAYMENT OPTIONS FOR EACH $1,000 OF PROCEEDS**

**OPTION 7 - JOINT LIFE INCOME WITH TWO THIRDS TO SURVIVOR**

| Female<br>Male | 40 | 45 | 50 | 55 | 60 | 65 | 70 | 75 | 80 |
|---|---|---|---|---|---|---|---|---|---|
| 40 | $3.35 | $3.45 | $3.55 | $3.67 | $3.80 | $3.94 | $4.10 | $4.28 | $4.47 |
| 41 | 3.37 | 3.47 | 3.58 | 3.70 | 3.83 | 3.97 | 4.14 | 4.32 | 4.51 |
| 42 | 3.39 | 3.49 | 3.60 | 3.72 | 3.86 | 4.01 | 4.18 | 4.37 | 4.56 |
| 43 | 3.41 | 3.51 | 3.62 | 3.75 | 3.89 | 4.05 | 4.22 | 4.41 | 4.61 |
| 44 | 3.42 | 3.53 | 3.65 | 3.78 | 3.92 | 4.08 | 4.26 | 4.46 | 4.67 |
| 45 | 3.44 | 3.55 | 3.67 | 3.81 | 3.96 | 4.12 | 4.31 | 4.51 | 4.72 |
| 46 | 3.46 | 3.57 | 3.70 | 3.84 | 3.99 | 4.16 | 4.35 | 4.56 | 4.78 |
| 47 | 3.48 | 3.59 | 3.72 | 3.87 | 4.03 | 4.20 | 4.40 | 4.61 | 4.84 |
| 48 | 3.50 | 3.62 | 3.75 | 3.90 | 4.07 | 4.25 | 4.45 | 4.67 | 4.90 |
| 49 | 3.52 | 3.64 | 3.78 | 3.93 | 4.10 | 4.29 | 4.50 | 4.73 | 4.97 |
| 50 | 3.54 | 3.66 | 3.80 | 3.96 | 4.14 | 4.34 | 4.55 | 4.79 | 5.04 |
| 51 | 3.56 | 3.69 | 3.83 | 4.00 | 4.18 | 4.38 | 4.61 | 4.85 | 5.11 |
| 52 | 3.58 | 3.71 | 3.86 | 4.03 | 4.22 | 4.43 | 4.66 | 4.92 | 5.19 |
| 53 | 3.60 | 3.73 | 3.89 | 4.07 | 4.26 | 4.48 | 4.72 | 4.99 | 5.27 |
| 54 | 3.62 | 3.76 | 3.92 | 4.10 | 4.31 | 4.53 | 4.78 | 5.06 | 5.35 |
| 55 | 3.65 | 3.78 | 3.95 | 4.14 | 4.35 | 4.59 | 4.85 | 5.13 | 5.43 |
| 56 | 3.67 | 3.81 | 3.98 | 4.17 | 4.39 | 4.64 | 4.91 | 5.21 | 5.52 |
| 57 | 3.69 | 3.84 | 4.01 | 4.21 | 4.44 | 4.69 | 4.98 | 5.29 | 5.62 |
| 58 | 3.72 | 3.86 | 4.04 | 4.24 | 4.48 | 4.75 | 5.05 | 5.37 | 5.72 |
| 59 | 3.74 | 3.89 | 4.07 | 4.28 | 4.53 | 4.81 | 5.12 | 5.46 | 5.82 |
| 60 | 3.76 | 3.92 | 4.10 | 4.32 | 4.58 | 4.87 | 5.19 | 5.55 | 5.93 |
| 61 | 3.79 | 3.95 | 4.13 | 4.36 | 4.62 | 4.93 | 5.27 | 5.64 | 6.04 |
| 62 | 3.82 | 3.97 | 4.17 | 4.40 | 4.67 | 4.99 | 5.34 | 5.74 | 6.16 |
| 63 | 3.84 | 4.00 | 4.20 | 4.44 | 4.72 | 5.05 | 5.42 | 5.84 | 6.28 |
| 64 | 3.87 | 4.03 | 4.24 | 4.48 | 4.77 | 5.11 | 5.51 | 5.94 | 6.41 |
| 65 | 3.90 | 4.06 | 4.27 | 4.52 | 4.82 | 5.18 | 5.59 | 6.05 | 6.54 |
| 66 | 3.92 | 4.10 | 4.31 | 4.57 | 4.88 | 5.25 | 5.68 | 6.16 | 6.68 |
| 67 | 3.95 | 4.13 | 4.34 | 4.61 | 4.93 | 5.31 | 5.76 | 6.28 | 6.83 |
| 68 | 3.98 | 4.16 | 4.38 | 4.65 | 4.98 | 5.38 | 5.85 | 6.39 | 6.98 |
| 69 | 4.01 | 4.19 | 4.42 | 4.70 | 5.04 | 5.45 | 5.94 | 6.51 | 7.13 |
| 70 | 4.04 | 4.23 | 4.45 | 4.74 | 5.09 | 5.52 | 6.03 | 6.63 | 7.29 |
| 71 | 4.07 | 4.26 | 4.49 | 4.78 | 5.14 | 5.59 | 6.12 | 6.76 | 7.45 |
| 72 | 4.10 | 4.29 | 4.53 | 4.83 | 5.20 | 5.66 | 6.22 | 6.88 | 7.62 |
| 73 | 4.13 | 4.33 | 4.57 | 4.87 | 5.25 | 5.73 | 6.31 | 7.01 | 7.80 |
| 74 | 4.16 | 4.36 | 4.61 | 4.92 | 5.31 | 5.80 | 6.40 | 7.14 | 7.97 |
| 75 | 4.19 | 4.39 | 4.65 | 4.96 | 5.36 | 5.87 | 6.50 | 7.27 | 8.15 |
| 76 | 4.22 | 4.43 | 4.68 | 5.01 | 5.42 | 5.94 | 6.59 | 7.40 | 8.33 |
| 77 | 4.25 | 4.46 | 4.72 | 5.05 | 5.47 | 6.00 | 6.68 | 7.53 | 8.52 |
| 78 | 4.28 | 4.49 | 4.76 | 5.10 | 5.52 | 6.07 | 6.77 | 7.66 | 8.71 |
| 79 | 4.31 | 4.53 | 4.80 | 5.14 | 5.58 | 6.14 | 6.87 | 7.79 | 8.89 |
| 80 | 4.34 | 4.56 | 4.83 | 5.18 | 5.63 | 6.21 | 6.96 | 7.92 | 9.08 |

**MINIMUM INCOME AMOUNTS FOR AGES NOT SHOWN AND MINIMUM INCOME AMOUNTS PAYABLE OTHER THAN MONTHLY WILL BE FURNISHED ON REQUEST.**

**ENDORSEMENT**

This policy is amended by adding the following provisions.

After the tenth policy anniversary the first loan applied for in each policy year will be treated as a preferred loan, up to the preferred loan limit. The preferred loan limit is 10% of the surrender value at the time a loan is taken. If the first loan in a policy year exceeds the preferred loan limit, only the amount not exceeding such limit will be treated as a preferred loan. Taking a preferred loan for an amount less than such limit will not increase such limit for any future preferred loan.

We will credit interest to the part of the cash value equal to the debt resulting from preferred loans at an annual rate no less than 0.5% below the policy loan interest rate.

Loan repayments will first reduce any debt resulting from loans other than preferred loans.

THE UNITED STATES LIFE Insurance Company
In the City of New York

*Chairman of the Board*

E-PPL 79E.2

**ENDORSEMENT**

This policy is amended to add the following provision.

We may credit interest to the cash value at a rate in excess of the guaranteed interest rate. At the end of the eleventh and each later policy year we will credit additional excess interest at an annual rate of 0.5% to the average unborrowed amount of the cash value for the policy year. The additional excess interest is the result of a reduction in our interest margin for profit and expenses. The guaranteed interest rate will not be increased by the additional excess interest rate.

THE UNITED STATES LIFE Insurance Company
In the City of New York

*Chairman of the Board*

E-BI 79E.1

TABLE OF GUARANTEED MAXIMUM COST OF INSURANCE RATES
PER $1,000 OF AMOUNT AT RISK, EXCLUDING RIDERS

| ATTAINED AGE | INSURED'S MONTHLY RATE | ATTAINED AGE | INSURED'S MONTHLY RATE |
|---|---|---|---|
| 69 | 1.63470 | 85 | 10.26880 |
| 70 | 1.78730 | 86 | 11.53530 |
| 71 | 1.97000 | 87 | 12.91430 |
| 72 | 2.19690 | 88 | 14.39530 |
| 73 | 2.47430 | 89 | 16.00740 |
| 74 | 2.80200 | 90 | 17.75600 |
| 75 | 3.17450 | 91 | 19.68510 |
| 76 | 3.58550 | 92 | 21.86460 |
| 77 | 4.02940 | 93 | 24.42270 |
| 78 | 4.50680 | 94 | 27.67150 |
| 79 | 5.03160 | 95 | 32.32210 |
| 80 | 5.62720 | 96 | 40.04680 |
| 81 | 6.31510 | 97 | 55.15920 |
| 82 | 7.11780 | 98 | 83.33000 |
| 83 | 8.05280 | 99 | 83.33000 |
| 84 | 9.10220 | 100 | 83.33000 |

FOR ATTAINED AGES BELOW 20 THE GUARANTEED MAXIMUM COST OF INSURANCE RATES
ARE BASED ON THE COMMISSIONERS 1980 STANDARD ORDINARY MORTALITY TABLE,
AGE NEAREST BIRTHDAY.  FOR ATTAINED AGES 20 AND ABOVE, THE GUARANTEED
MAXIMUM COST OF INSURANCE RATES ARE BASED ON THE 1980 CSO SMOKER
MORTALITY TABLE OR THE 1980 CSO NONSMOKER MORTALITY TABLE, AGE NEAREST
BIRTHDAY, IN ACCORDANCE WITH THE INSURED'S UNDERWRITING CLASS.

FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE POLICY WITH FLEXIBLE DEATH
BENEFIT AND CASH VALUE
PREMIUMS PAYABLE FOR LIFE OF INSURED UNTIL MATURITY DATE
DEATH BENEFIT PAYABLE AT DEATH OF INSURED PRIOR TO MATURITY DATE
CASH VALUE, IF ANY, PAYABLE ON MATURITY DATE                NO DIVIDENDS

UL-93 79-15                    ████████ 548L                LAST PAGE