# EXHIBIT B

Application for life insurance to:

## THE UNITED STATES LIFE Insurance Company In the City of New York
(referred to in this application as we/us/our)

**PART A**

**COMPLETE FOR ALL POLICIES** (Please Print) — Questions 1a through g apply to Proposed Insured

1. a. NAME  first  middle  last  ☐ Male  ☒ Female
CAROL   GREEN

b. ☒ Single  ☐ Married  ☐ Divorced  ☐ Widowed  ☐ Separated

c. DATE OF BIRTH  d. AGE  e. BIRTHPLACE
month day year           state  country
REDACTED 30    69     NJ V    USA

f. SOCIAL SECURITY OR TAX NO. REDACTED 6080

g. HOME TELEPHONE NO. 212-832-7258

2. SEND ALL MAIL TO OWNER AT ADDRESS IN ☒ 3a ☐ 3b ☐ 9

3. a. RESIDENCE ADDRESS OF PROPOSED INSURED
No. & Street 136 EAST 56th STREET, #6B
City NEW YORK   State NY   Zip 10022
How long at this address? 5 yrs.  Previous Addresses (5 Yrs.)

QUESTIONS 3b & c APPLY TO PROPOSED INSURED IF AGE 15 OR OVER. TO OWNER OR PAYOR IF PROPOSED INSURED UNDER AGE 15.

b. BUSINESS ADDRESS with present employer ........ yrs.
Employer .....
No. & Street .....
City ..... State ..... Zip .....
Nature of Business .....

c. OCCUPATION (All, if more than one) RETIRED

Duties (Describe) .....

4. HAS ANY PERSON PROPOSED FOR INSURANCE:  Yes  No
a. smoked cigarettes during the past 12 months?  ☐ ☒
b. smoked pipes or cigars during the past 12 months?  ☐ ☒
c. used snuff or chewed tobacco during the past 12 months?  ☐ ☒

5. HAS ANY PERSON PROPOSED FOR INSURANCE:
a. engaged, or intend to engage, in hang gliding, racing, scuba diving, sky diving?  ☐ ☒
b. had driver's license restricted, revoked or suspended? If yes, give driver's ID#.  ☐ ☒
c. other life insurance applications pending?  ☐ ☒
d. ever had life or health insurance declined, modified or rated?  ☐ ☒
e. any intention of traveling or residing outside the U.S.?  ☐ ☒
f. any intention of replacing or changing any life insurance or annuity policy in force in this or any other company?  ☐ ☒

If any of 5a through 5f are answered Yes, give names & full details in REMARKS.

g. taken within five years or intend to take flights other than as fare-paying passenger on scheduled airlines? ☐ ☒
If Yes, complete Aviation Questionnaire.

6. a. PLAN ☐ Non Par ☐ Par   b. AMOUNT
MEDALIST PREMIER   $5,000,000

c. PREMIUMS PAYABLE ☒ Annual ☐ Semi-annual ☐ Quarterly
☐ Pre-Auth. Chk.  ☐ GAP  ☐ List Bill  ☐ .....

d. For Universal Life only:
☒ Option 1  ☐ Option 2  ☐ Option 3
Planned Premium $ .....
Additional Initial Premium $ .....

e. AUTOMATIC PREMIUM LOAN, if available ☐ Yes ☐ No

f. ADDITIONAL COVERAGES (Check if desired)
☐ WP or WMD                Payor: ☐ D ☐ D&D
☐ ADB $ .....              ☐ GIO ..... Units
☐ Spouse Rider ..... Units ☐ Child Rider ..... Units
☐ Term Rider Plan ..... $ ..... (Amt. or M.I.)
☐ Term Rider on Other Insured - use separate application
☐ .....

g. IF PARTICIPATING, USE OF DIVIDENDS
Purchase 1 Yr. Term, balance to:
☐ (1) Cash              ☐ (5) Deposit at Interest
☐ (2) Reduce Premium    ☐ (6) Reduce Premiums
☐ (3) Paid Up Additions ☐ (7) Purchase Paid Up Additions
☐ (4) Deposit at Interest ☐ (8) Use All to Purchase 1 Yr. Term

7. LIFE INSURANCE IN FORCE ON PROPOSED INSURED.
Name of Company    Issue Year   Amount    ADB
FIRST COLONY       1992         1,750,000

8. BENEFICIARY for benefits payable upon death of the proposed insured.
Primary: Full name MADELYN Phillips   Age 94   Relationship MOTHER

Contingent: .....

Except as otherwise directed: (a) The proceeds are to be divided equally among all persons who are named as Primary Beneficiary and who survive the insured, but if none survive, equally among all persons who are named as Contingent Beneficiary and who survive the insured. (b) The right to change the beneficiary is reserved.

9. NAME OF OWNER if other than proposed insured   Relationship
MADELYN Phillips                                  MOTHER
Address 136 EAST 56th STREET, 6B
NEW YORK, NY  10022

Social Security or Tax No. REDACTED 7458

10. SPECIAL POLICY DATE, IF DESIRED

11. AMOUNT PAID WITH THIS APPLICATION: $ ..0..

12. REMARKS PLEASE ISSUE ADDITIONAL $5,000,000 POLICY

AMENDMENTS AND CORRECTIONS (for Home Office use only)

This application consists of Part A and one or more Parts B. This application is not a contract of insurance. A contract of insurance shall take effect only if a policy is issued on this application and the first premium is paid in full (a) during the lifetime of all proposed insureds and (b) while there is no change in the insurability and health of all such persons from that stated in this application. However, if cash is paid when this application is signed, the terms of the Conditional Receipt shall apply. It is represented that all statements and answers in this application are true, full and complete to the best of my knowledge and belief, and bind all parties in interest under any policy applied for. Only an authorized officer of our Company can make, void, waive or change any of the conditions or provisions of any application, policy or receipt or accept risks or pass on insurability. Notice to or knowledge by an agent or medical examiner is not notice to or knowledge by us. Acceptance of any policy issued on this application shall mean acceptance of any change, correction, addition or amendment noted by us in the "Amendments and Corrections" Section. However, any such change shall require the written consent of the person or persons who sign this application. The Proposed Insured shall be the policy owner unless another owner is named above.

### DECLARATION

I have carefully read the receipt. I understand and agree to its terms including the conditions under which a limited amount of insurance may take effect before policy delivery. I have received the MIB Disclosure and Fair Credit Reporting Act Notices.

Signed at City NEW YORK   State NY
Date 3/8/99 ..... 19.....

Witness [signature]
(Licensed Resident Agent where required by statute or regulation)

Form 3390(E)

Signature of Proposed Insured  Carol Green
Signature of Spouse
(Spouse Rider Only) .....
Signature of Owner  Madelyn S. Phillips
(if 9 answered)
Signature & title of officer signing for Corporation or trustee

00401401-1013-0691

FILM/FICHE

**THE UNITED STATES LIFE Insurance Company In the City of New York**

PART B — ANSWERS TO MEDICAL EXAMINER
(forming Part B of Application when used in connection with insurance)

Proposed Insured: CAROL ____ GREEN   Birth Date: ___ ___ ___

1. a. Name and address of your personal physician (if none, so state)
   DR. HARRY FISCHER
   b. Date and reason last consulted: 1 YEAR AGO
   c. What treatment was given or medication prescribed? PO/ANNUAL

2. Have you smoked cigarettes during the past 12 months? ☐ Yes ☒ No
   Do you currently smoke pipes or cigars or use any other tobacco products? ☐ Yes ☒ No

3. Have you:
   a. received treatment or joined an organization for alcoholism or drug dependency or abuse; been advised to discontinue the use of alcohol or drugs? ☐ Yes ☒ No
   b. used cocaine, barbiturates, amphetamines or any other drug which might cause a dependency, other than as prescribed by a licensed physician? ☐ Yes ☒ No

4. Have you ever been diagnosed by or received medical treatment from a member of the medical profession for Acquired Immune Deficiency Syndrome (AIDS) or AIDS Related Complex (ARC)? ☐ Yes ☒ No

5. Are you in good health? ☒ Yes ☐ No
6. Do you have any physical defect? ☐ Yes ☒ No
7. Have you ever been treated for or ever had any known indication of:
   a. convulsions, epilepsy, paralysis, neuritis, sciatica, nervous breakdown, headache, dizziness, fainting spells, speech defect, nervous or mental disorder? ☐ Yes ☒ No
   b. high blood pressure, chest pain, palpitation, heart attack, stroke, heart murmur, hemorrhage, rheumatic fever, disorder of heart or blood vessels? ☐ Yes ☒ No
   c. persistent hoarseness or cough, shortness of breath, asthma, emphysema, tuberculosis, bronchitis, disorder of respiratory system? ☐ Yes ☒ No
   d. recurrent indigestion, ulcer, colitis, diverticulitis, hernia, intestinal bleeding, appendicitis, disorder of stomach, liver, digestive or abdominal organs? ☐ Yes ☒ No
   e. sugar, albumin, blood or pus in urine, kidney stone, diabetes, or disorder of kidneys, bladder, prostate, or genito-urinary organs? ☐ Yes ☒ No
   f. arthritis, gout, disorder of muscles, bones, joints or spine? ☐ Yes ☒ No
   g. impairment of vision or hearing or disorder of eyes, ears, nose or throat? ☐ Yes ☒ No
   h. tumor, cyst, cancer, hemorrhoids, venereal disease, anemia, disorder of blood, skin, thyroid or other glands? ☒ Yes ☐ No
8. Are you now under observation or taking treatment? ☐ Yes ☒ No
9. Have you had any change in weight in the past year? ☒ Yes ☐ No
10. Other than above, have you within the past 5 years:
    a. Had any mental or physical disorder not listed above? ☐ Yes ☒ No
    b. Had a checkup, consultation, illness, injury, surgery? ☐ Yes ☒ No
    c. Been a patient in a hospital, clinic, sanatorium, or other medical facility? ☐ Yes ☒ No
    d. Had electrocardiogram, X-ray, or diagnostic test other than an HIV test? ☐ Yes ☒ No
    e. Been advised to have any diagnostic test other than HIV test, hospitalization, or surgery which was not completed? ☐ Yes ☒ No

11. Have you ever been deferred, rejected or discharged from military service or discharged because of a physical or mental condition? ☐ Yes ☒ No
12. Have you ever requested or received a pension, benefits, or payment because of an injury, sickness or disability? ☐ Yes ☒ No
13. Family History: Tuberculosis, diabetes, cancer, high blood pressure, heart or kidney disease, mental illness or suicide? ☒ Yes ☐ No

| | Age if Living | Cause of Death | Age at Death |
|---|---|---|---|
| Father | | cardiac | 83 |
| Mother | 83 | | |
| Brothers and Sisters | | | |
| No. Living _ | | | |
| No. Dead 0 | | | |

14. Females only:
    a. Have you ever had any disorder of menstruation, pregnancy or of the female organs or breasts? ☐ Yes ☒ No
    b. Are you now pregnant? (If so, how many months?) ☐ Yes ☒ No

REMARKS

7h. breast cancer
FEB 1994 lumpectomy — intraductal
breast cancer
all lymph nodes were negative
received 30 radiation treatments
DR DEBORAH AXELROD — breast surgeon
BETH ISRAEL MEDICAL CENTER
1ST AVE @ 16TH ST NY NY 10003
DR MANJEET CHANDARA
BETH ISRAEL
RADIATION ONCOLOGIST
1ST AVE @ 16TH STREET
NY NY 10003

9. 10 lb wt loss

13. Father had cardiac disease
myocardial infarct age 83

I hereby declare that, to the best of my knowledge and belief, the information given above is correctly recorded, complete and true, and I agree that the Company, believing it to be true, shall rely and act upon it accordingly.

Date: NOVEMBER 4, 1998
Signed at City: NY   State: NY
Signature of Person Examined: X Carol Green
Witnessed by: _____ M.D.

FORM 33469D

---

AUTHORIZATION — A photocopy of this authorization shall be as valid as the original.

I hereby authorize any licensed physician, medical practitioner, hospital, clinic or other medical or medically related facility, insurance company, MIB, Inc. or other organization, institution or person that has any records or knowledge of me or of my health, to give The United States Life Insurance Company In the City of New York or its reinsurers any such information. This includes that information obtained in connection with this application or preexamination or an investigative consumer report as defined under the Fair Credit Reporting Act(s) and referred to elsewhere in this application for insurance. To facilitate the rapid submission of such information, I authorize all said sources, except MIB, Inc., to give such records or knowledge to any agency employed by The United States Life Insurance Company In the City of New York to collect and transmit such information. This authorization will be valid for 30 months from the date of this application.

Date: NOVEMBER 4, 1998
X Carol Green
SIGNATURE OF PROPOSED INSURED OR ADULT APPLICANT
IF PROPOSED INSURED IS UNDER AGE 16

03/10/99  13:29                    Continuation of application for life insurance                     NO. 087   P05

**THE UNITED STATES LIFE** Insurance Company in the City of New York
(referred to in this application as we/us/our)

**PART B**

1. **PROPOSED INSURED** (Person Named in 1a Part A)
   - A. Height: 5 ft. 3 in.
   - B. Weight: 150 lbs.
   - C. Change in weight in past 12 months. (Give reason) lbs. Loss ___ Gain ___

2. **FULL NAMES OF ADDITIONAL INDIVIDUAL(S) PROPOSED FOR INSURANCE (PLEASE PRINT)** first / middle / last
   | | DATE OF BIRTH month day year | Age | Sex | Place of Birth | Height ft. in. | Weight lbs. | Total Insurance in Force |
   |---|---|---|---|---|---|---|---|
   | a. SPOUSE OR PAYOR (if proposed for insurance) | | | | | | | |
   | b. CHILDREN (if proposed for insurance and residing with Proposed Insured) | | | | | | | |

3. Name and address of your personal physician (if none, so state): DR. HARRY FISCHER, 10WNIN 50E, 30 NY

QUESTIONS 4-8 PERTAIN TO ALL PERSONS NAMED ABOVE AND ARE TO BE ANSWERED TO THE BEST OF THE APPLICANT'S KNOWLEDGE AND BELIEF.

GIVE FULL DETAILS IF ANSWER TO QUESTION 4 IS NO OR 5,6,7,8 IS YES: 212-EV4-8161

|  | Yes | No | Name of Person, Details, Dates, Doctor's Names & Addresses |
|---|---|---|---|
| 4. Are all persons proposed for insurance in good health? | ☑ | ☐ | 7-h— BREAST CANCER 2/94 - LUMPECTOMY - INTRADUCTAL BREAST CANCER - ALL LYMPH NODES NEGATIVE 30 RADIATION TREATMEN DR. DEBORAH AXELROD BETH ISRAEL MED. CNT; NEW YORK DR. MONJEET CHANDAISE RADIATION ONCOLOGIST BETH ISRAEL |
| 5. Has any person proposed for insurance any physical defect? | ☐ | ☑ | |
| 6. HAS ANY PERSON PROPOSED FOR INSURANCE: | | | |
| a. received treatment or joined an organization for alcoholism or drug dependency or abuse; been advised to discontinue the use of alcohol or drugs? | ☐ | ☑ | |
| b. used cocaine, barbiturates, amphetamines or any other drug which might cause a dependency, other than as prescribed by a licensed physician? | ☐ | ☑ | |
| c. ever been diagnosed by or received medical treatment from a member of the medical profession for Acquired Immune Deficiency Syndrome (AIDS) or AIDS Related Complex (ARC)? | ☐ | ☑ | |
| d. ever applied for or received disability benefits from any source? | ☐ | ☑ | |
| 7. HAS ANY PERSON PROPOSED FOR INSURANCE EVER HAD: | | | |
| a. convulsions, epilepsy, paralysis, neuritis, sciatica, nervous breakdown, headache, dizziness, fainting spells, speech defect, nervous or mental disorder? | ☐ | ☑ | |
| b. high blood pressure, chest pain, palpitation, heart attack, stroke, heart murmur, hemorrhage, rheumatic fever, disorder of heart or blood vessels? | ☐ | ☑ | |
| c. persistent hoarseness or cough, shortness of breath, asthma, emphysema, tuberculosis, bronchitis, disorder of respiratory system? | ☐ | ☑ | |
| d. recurrent indigestion, ulcer, colitis, diverticulitis, hernia, intestinal bleeding, appendicitis, disorder of stomach, liver, digestive or abdominal organs? | ☐ | ☑ | |
| e. sugar, albumin, blood or pus in urine, kidney stone, diabetes, or disorder of kidneys, bladder, prostate, or genito-urinary organs? | ☐ | ☑ | |
| f. arthritis, gout, disorder of muscles, bones, joints or spine? | ☐ | ☑ | |
| g. impairment of vision or hearing or disorder of eyes, ears, nose or throat? | ☐ | ☑ | |
| h. tumor, cyst, cancer, hemorrhoids, venereal disease, anemia, disorder of blood, skin, thyroid or other glands? | ☑ | ☐ | |
| i. treatment or observation in any hospital or institution? (past 5 years) | ☐ | ☑ | |
| j. X-ray or electrocardiograms? (past 5 years) | ☑ | ☐ | |
| k. treatment or consultations with any physicians or practitioners, other than as stated above? (past 5 years) | ☐ | ☑ | |
| 8. Is any person proposed for insurance now pregnant? (If so, how many months?) | ☐ | ☑ | |

**COMPLETE IF PROPOSED INSURED UNDER AGE 15**

9. List life insurance in force on family (if none, so state)

| | Age | Amount | | Age | Amount |
|---|---|---|---|---|---|
| Father | | | Mother | | |
| Brothers | | | Sisters | | |

Owner (if other than parent) $ _____

**COMPLETE IF PROPOSED INSURED AGE 15 OR OVER & NOT SELF-SUPPORTING**

10. Parent's/Spouse's full name _____
11. Parent's/Spouse's occupation _____
12. How much insurance does Parent/Spouse carry? _____
13. Does Proposed Insured have an independent source of income (state source)? _____

Signature of Proposed Insured: Carol Green
Witness: _____ (Licensed Resident Agent where required by statute or regulation)

Signature of Spouse (if required): _____
Signature of Owner (if required): _____

Form 3398(E)

Is policy intended to replace insurance or annuity in any company? ☐ Yes ☑ No  If Yes, give full details and attach any other papers required by state law.
Are you related to any person proposed for insurance? ☐ Yes ☑ No  If yes, give details _____
Estimate of Proposed Insured's income: Salary $ N/A  Other Income $ 250,000+  Net Worth $ 7,000,000
CREATIVE PLANNING, INC.  G454  JEROME BUTLER  29192
Agency or Branch Office  Code No.  Producer's name for record purposes (if more than one indicate % split)  Code No.

I hereby certify that I personally solicited and completed this application; that I have no knowledge of anything which might affect the insurability of any person proposed for insurance which is not fully set forth herein.

Signature of Producer

0040140 1012 0691

03/10/99  13:30  NO. 037  P06

**AUTHORIZATION** – A photo copy of this authorization shall be as valid as the original.

I hereby authorize any licensed physician, medical practitioner, hospital, clinic or other medical or medically related facility, insurance company, the Medical Information Bureau or other organization, institution or person that has any records or knowledge of me or my health, to give The United States Life Insurance Company in the City of New York or its reinsurers any such information. This includes that information obtained in connection with the preparation or procurement of an investigative consumer report as defined under the Fair Credit Reporting Act(s) and referred to elsewhere in this application for insurance. To facilitate the rapid submission of such information, I authorize all said sources, except the Medical Information Bureau, to give such records or knowledge to any agency employed by The United States Life Insurance Company in the City of New York to collect and transmit such information. This authorization will be valid for 30 months from the date of this application.

3/8/99

Date

Signature of Proposed Insured (Owner if Proposed Insured under age)

Signature of Spouse (if proposed for insurance)

**RECEIPT AND CONDITIONS UNDER WHICH INSURANCE MAY TAKE EFFECT** (Not Valid unless signed by Agent and Owner)

IN ORDER FOR INSURANCE TO TAKE EFFECT BEFORE DELIVERY OF A POLICY, ALL CONDITIONS OF ITEM A MUST BE COMPLIED WITH. NONE OF OUR AGENTS MAY CHARGE, AMEND OR WAIVE ANY OF THESE CONDITIONS.

Received from .................................................................................................. (enter) the sum of $ ..................................................

Proposed Insured ..........................................................................................................................................................

**A. CONDITIONS FOR INSURANCE TO TAKE EFFECT** (For up to 60 days and up to $500,000 – See Item B)

(1) Payment must be made when the application is signed.
(2) This Receipt must bear the same date as the application.
(3) The amount of money taken with the application must be at least equal to one month's premium for the amount and plan applied for in Item b of Part A. Such amount must be $15 or over.
(4) Any proposed insured must be, on the insurance date, an acceptable risk to us under our rules, limits and standards on the plan and for the amount applied for without change.

If all of the above conditions are complied with, insurance as provided by the terms of the policy applied for will take effect on the insurance date. However, the amount of insurance may not exceed that shown in Item B. In no event will the insurance stay in force for a longer period than the amount paid will buy on a pro-rata basis, but in no case more than 60 days from the date of Part A.

"Insurance Date" means the latest of (a) the date of Part A of the application (b) the date of the first Part B of the application, including the first medical examination if initially required, or (c) any date of issue requested by the owner.

**B. MAXIMUM AMOUNT OF INSURANCE WHICH MAY TAKE EFFECT BEFORE POLICY DELIVERY**

There will be a limit to the amount of insurance, including accidental death benefits, on any proposed insured which may take effect under this Receipt. The amount will be limited to the lesser of (a) the amount applied for in the application or (b) an amount which together with all insurance now pending issuance with us, including accidental death benefits, totals $500,000.

**C. RETURN OF AMOUNT RECEIVED**

If all conditions in Item A have not been complied with, the amount received by us with the application will be returned. We may then offer a policy on some other basis. Such policy will take effect only if this first premium due is paid in full. Also, such policy must be issued and delivered while the health, habits and occupation of each proposed insured and other conditions affecting insurability remain as described in Parts A and B of the application and in any amendment.

The amount of money received with the application will be returned to the owner if we do not accept the application or if we fail to issue a policy within 60 days from the date of Part A. This money will also be returned if a policy is issued on a basis other than applied for and is not accepted.

Date .................................................................................................. Signature of Agent

I acknowledge that I have read the terms of this receipt and have had them explained to me by the agent. I understand that the insurance applied for will not take effect unless the conditions of this receipt have been complied with exactly.

Signature of Owner

NOTE: This receipt must be filled in, signed by the agent and given to the owner if any payment is made on account of the first premium. OTHERWISE IT MUST NOT BE DETACHED.

THE UNITED STATES LIFE Insurance Company
In the City of New York

"MIB" DISCLOSURE NOTICE – Detach this notice and leave with proposed insured

Information given in your application may be made available to other insurance companies to which you make application for life or health insurance coverage or to which a claim is submitted.

Information regarding your insurability will be treated as confidential except that The United States Life Insurance Company in the City of New York or its reinsurers may, however, make a brief report thereon to the Medical Information Bureau, a non-profit membership organization of life insurance companies which operates an information exchange on behalf of its members. Upon request by another member insurance company to which you have applied for life or health insurance coverage or to which a claim is submitted, the Medical Information Bureau will supply such company with the information it may have in its files.

Upon receipt of a request from you, the Bureau will arrange disclosure of any information it may have in your file. If you question the accuracy of information in the Bureau's file, you may contact the Bureau and seek a correction in accordance with the procedures set forth in the Federal Fair Credit Reporting Act. The address of the Bureau's information office is Post Office Box 105, Essex Station, Boston, Massachusetts 02112, telephone number (617) 426-3660.

The United States Life Insurance Company in the City of New York or its reinsurers may also release information in its file to other life insurance companies to whom you may apply for life or health insurance or to whom a claim for benefits may be submitted

(3300E)

00401401 1012 0691