# EXHIBIT G

# PULMAN, CAPPUCCIO & PULLEN, LLP
## ATTORNEYS & COUNSELORS

SHARI P. PULMAN
(210) 892-0424
SPULMAN@PULMANLAW.COM

2161 NW MILITARY HIGHWAY, SUITE 400
SAN ANTONIO, TEXAS 78213
WWW.PULMANLAW.COM
TELEPHONE: (210) 222-9494
FACSIMILE: (210) 892-1610

OFFICE LOCATIONS:
SAN ANTONIO
DALLAS / FORT WORTH
(BY APPOINTMENT ONLY)
MCALLEN

October 1, 2021

*Via Regular Mail and CMRR # 70210350 0000 5484 3794*
EDU Trust Services, LLC
Business Solutions, LLC
Registered Agent
7117 US 31 S
Indianapolis, IN 46227

*Via Regular Mail and CMRR # 7021 0350 0000 5484 3817*
Forge Trust Company
401 E. 8th Street, Suite 222
Sioux Falls, SD 57103

*Via Regular Mail and CMRR # 7021 0350 0000 5484 3831*
American General Life Insurance Company
9640 Granite Ridge Drive, Suite 200
San Diego, CA 92123

*Via Regular Mail and CMRR # 7021 0350 0000 5484 3855*
American General Life Insurance Company
2710 Gateway Oaks Dr., Suite 150N
Sacramento, CA 95833

*Via CMRR # 7021 0350 0000 5484 3800 and e-mail redutax@gmail.com*
Roger Dobrovodsky
EDU Financial Strategies, LLC
8355 Rockville Rd # 130
Indianapolis, IN 46234

*Via Regular Mail and CMRR # 7021 0350 0000 5484 3824*
Forge Trust Company
P.O. Box 7080
San Carlos, CA 94070-708

*Via Regular Mail and CMRR # 7021 0350 0000 5484 3848*
American General Life Insurance Company
c/o Corporation Service Company, Registered Agent
2727 -A Allen Parkway
Houston, Texas 77019

*Via Regular Mail and CMRR # 7019 1640 0000 6076 3941*
BAWLA & BAWLA, LLC
Registered Agent for Forge Global Corporation
5314 MacQuarie
Sugarland, TX 77479

Re: Direction of Maturity Deposit and Proper Registration of other Assets (Insurance Policies)
Transaction No.: 20130531(EDU Trust Services)
Account No.: 55000318 (EDU Trust Services)
IRA: 366432
Policy Code: AG3001548L

{00548529;1}

Page 2
Forge Trust ltr
October 1, 2021

Dear Sirs:

    We represent David Garrison. The purpose of this letter is to ensure that Mr. Garrison's ownership through his individual retirement account in at least five life insurance policies is properly registered in the name of Forge Trust Company f/b/o David Garrison. Demand is made on each of you to facilitate and accomplish the proper registration of his ownership in these policies with a duly licensed IRA custodian.

    Mr. Garrison hired us some months ago to determine the status and ownership of the following life insurance policies which were purchased from funds in his IRA Account:

Insert Chart

| Insurance Carrier | Policy Number | Percentage Ownership |
|---|---|---|
| American General | Policy No. AG3001548L | 0.021459% |
| Minnesota Life Insurance Company | Policy Code ML2531097 | 0.021459% |
| Lincoln National; | Policy Code LN5581096 | 0.021459% |
| ING Life Insurance; | Policy Code IN1660748 | 0.021459% |
| The Hartford; | Policy Code HLU0189414 | 0.021459% |

In April of 2021, Mr. Garrison received a confirmation of his interests in these five policies from Roger Dobrovodsky at EDU Trust Services, verifying that these policies are still in force. A copy of that correspondence is attached for your ready reference as Exhibit "A".

    After much investigation, it appears that these partial ownership interests were never properly registered when they were purchased on February 22, 2013. I enclose for your ready reference the Life Settlement And Purchase Agreement dated February 22, 2013, as Exhibit "B". You will note that Mr. Garrison purchased these policies through his individual retirement account. Assets purchased in an individual retirement must be deposited with a qualified IRA custodian. The original custodian was IRA Trust Services, Co. who we understand was later acquired by Forge Trust Company, a subsidiary of Forge Global.

    From the information we have been provided, it appears that these five policies were purchased by EDU Holding Trust and have been titled in the name of an EDU related entity since purchase.

    Pursuant to the correspondence dated August 11, 2021, from Roger Dobrovodsky and EDU Trust Services, our Client's IRA account is now due $102,567.00 from American General

{00548529;1}

Page 2
Forge Trust ltr
October 1, 2021

because the insured under the policy has passed away. A copy of this correspondence is attached as Exhibit "C". This correspondence is our Client's notice to all concerned that these funds should be deposited directly from American General into our Client's IRA # 366432 with his IRA custodian, Forge Trust (f/k/a IRA Trust Services).

Please forward confirmation of the registration of these policies to Forge Trust f/b/o David Garrison. If the policies are not so registered in the name of Forge Trust f/b/o David Garrison, please change the existing registration to make it so, and forward us confirmation of same.

Forge Trust f/k/a IRA Services Trust should be tracking and monitoring our Client's fractional benefit deposit, not EDU Trust Services or any related EDU entity and/or Roger Dobrovodsky. Mr. Garrison does not have a contract with EDU Trust Services, and a review of the IRS list of Nonbank Trustees as of July 1, 2021, indicates that EDU Trust Services is not a qualified IRA Custodian. A copy of this list is attached as Exhibit "D". This correspondence is notice to the four insurance companies copied below to have their policies properly registered pursuant to the attached contract between our Client and Forge Trust f/k/a IRA Trust Services.

A prompt response from all parties is expected within in ten days of the date of this correspondence to avoid any further litigation.

Please call if you have any questions.

Very truly yours,

Shari P. Pulman

cc: David Garrison

***Via Regular Mail and CMRR # 7019 1640 0000 6076 3927***
Minnesota Life Insurance Company
c/o Corp Service Company, Registered Agent
2345 Rice Street, Suite 230
Rosedale, Minnesota 55113

***Via Regular Mail and CMRR # 7019 1640 0000 6076 3934***
Lincoln National
Attn: Dennis R. Glass
President and Chief Executive Officer
P.O. Box 21008
Greensboro, NC 27420

{00548529;1}

Page 2
Forge Trust ltr
October 1, 2021

*Via Regular Mail and CMRR # 7019 1640 0000 6076 3897*
ING Life Insurance
c/o VOYA
Corporation Service Company
d/b/a CSC Lawyers Incorporating Service Company
Registered Agent
211 E. 7th Street, Suite 620
Austin, Texas 78701

*Via Regular Mail and CMRR # 7019 1640 0000 6076 3903*
The Hartford
Attn: Mr. Douglas Elliott, President
P.O Box 305033
Nashville, TN 37230

*Via Regular Mail and CMRR # 7019 1640 0000 6076 3910*
Janet Bingham, SDIP
Director of Business Operations
Forge Trust
1160 Industrial Rd.
Suite 1
San Carlos, CA 94070

*Via Regular Mail and CMRR # 7019 1640 0000 6076 3880*
The Hartford
Attn: Mr. Douglas Elliott, President
1 Hartford Plaza
Hartford CT 06155-001

{00548529;1}