# EXHIBIT I



47 S Pennsylvania St., Suite 700
Indianapolis, IN 46204
Phone 317 829 1910

Email: info@acerda    Web

February 23, 2022

American General Life Companies, LLC
c/o Corporation Service Company
251 East Ohio Street, Suite 500
Indianapolis, Indiana 46204

  Re: Litigation Hold
     Mrs. Robin Rismiller (fka Robin Areddy)
     AIG Policy Code: 3001548L

Dear Sir or Ma'am:

  This firm's client, Mrs. Robin Rismiller (fka Robin Areddy), is an investor in EDU Holding Trust, a life settlement fund. As such, she is entitled to receive a share of the death benefits of the above referenced life insurance policy. We have reason to believe that EDU Holding Trust is no longer functioning properly and, consequently, we have no confidence that Mrs. Rismiller would receive her share of the death benefits if such benefits are paid by AIG to EDU Holding Trust.

  Accordingly, we anticipate the need to file a lawsuit within the next few weeks against EDU Holding Trust, EDU Trust Services LLC, and related entities pertaining to the payment of the proceeds of the above referenced life insurance policy. In the meantime, we request that you not pay Mrs. Rismiller's share of the death benefits (0.05038%) to EDU Holding Trust without Mrs. Rismiller's prior written consent.

  We further anticipate serving some initial discovery soon after filing our lawsuit. This initial discovery may include requests for production of documents including electronically stored information ("ESI"), such as all digital messages, emails, text messages, voicemail messages, and other electronic or online communications. As such, I request that you take action to preserve all potentially relevant documents and ESI and to prevent the deletion or spoilation of evidence. I further ask that this request to preserve evidence take place immediately, and that AIG and all its employees, independent contractors, suppliers, and agents be informed of this request. Failure to do so could result in our client seeking sanctions, costs, attorney fees, and adverse inference jury

American General Life Companies, LLC
February 23, 2022
Page 2

instructions, and any other remedies that may be available under the law. Our discovery and records request will cover the period from May 7, 2014 forward.

    If you wish to discuss this request, please have your attorney call me.

Sincerely,

Kevin M. Alerding

cc: EDU Holding Trust (w/ encls.)