| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | | |
| Plaintiff, | | |
| v. | | |
| ROGER DOBROVODSKY, as Trustee of EDU HOLDING TRUST D/T/D 3/22/2013, | | Case No. 1:22-cv-00259-RP |
| DAVID W. GARRISON, | | |
| ROBIN RISMILLER, and | | |
| JANE AND JOHN DOES 1-100, | | |
| Defendants. | | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DEPOSIT FUNDS**

Before the Court is the Plaintiff The United States Life Insurance Company's Motion to Deposit Funds (Doc. __). The Court, having reviewed the Motion, is of the opinion that it is meritorious and should be GRANTED. It is therefore;

**ORDERED** that the Clerk, United States District Court, shall receive and deposit into the Court's registry a check in the approximate amount of **$5,000,000, plus accrued interest**, which represents the death benefit payable under The United States Life Insurance Company in the City of New York life insurance policy number 3001548L issued to the late Carol Green.

**IT IS FURTHER ORDERED** that the Clerk, United States District Court, as soon as the business of the office allows, shall deposit these monies into the Disputed Ownership Fund (DOF)

of the Court Registry Investment System (CRIS) where they shall remain until further order of the

Court.

SIGNED this _____ day of _____, 2022.


                                                     _____

                                                     UNITED STATES JUDGE