FILED
March 29, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
      DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,<br><br>    Plaintiff,<br><br>v.<br><br>ROGER DOBROVODSKY, as Trustee of EDU HOLDING TRUST D/T/D 3/22/2013,<br><br>DAVID W. GARRISON,<br><br>ROBIN RISMILLER, and<br><br>JANE AND JOHN DOES 1-100,<br><br>    Defendants. | Case No. 1:22-cv-00259-RP |

### ORDER GRANTING PLAINTIFF'S MOTION TO DEPOSIT FUNDS

Before the Court is the Plaintiff The United States Life Insurance Company's Motion to Deposit Funds (Doc. 5 ). The Court, having reviewed the Motion, is of the opinion that it is meritorious and should be GRANTED. It is therefore;

**ORDERED** that the Clerk, United States District Court, shall receive and deposit into the Court's registry a check in the approximate amount of **$5,000,000, plus accrued interest**, which represents the death benefit payable under The United States Life Insurance Company in the City of New York life insurance policy number 3001548L issued to the late Carol Green.

**IT IS FURTHER ORDERED** that the Clerk, United States District Court, as soon as the business of the office allows, shall deposit these monies into the Disputed Ownership Fund (DOF)

03/29/2022

1

of the Court Registry Investment System (CRIS) where they shall remain until further order of the Court.

SIGNED this ___29th_____ day of __March_____, 2022.

                                              ROBERT PITMAN
                                              UNITED STATES DISTRICT JUDGE