Civil Action No. 1:22-cv-00259-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Roger Dobrovodsky</u> was received by me on *(date)* <u>Mar 24, 2022, 5:39 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Mark Tinkle</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Roger Dobrovodsky, as Trustee of EDU Holding Trust D/T/D 3/22/2013</u> on *(date)* <u>Mon, Mar 28 2022</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Juan Mercado, Process Server
_____
*Printed name and title*

5335 N Tacoma Ave Ste 5, Indianapolis, IN 46220
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Mar 26, 2022, 3:18 pm EDT at 8355 Rockville Rd #130, Indianapolis, IN 46234
Building is closed for the weekend. No further information.

2) Successful Attempt: Mar 28, 2022, 1:02 pm EDT at 8355 Rockville Rd #130, Indianapolis, IN 46234 received by Mark Tinkle. Age: 50; Ethnicity: Caucasian; Gender: Male; Weight: 150; Height: 5'10"; Hair: White;
Mark Tinkle, Annuities Agent, will hand the docs to subject, who is out of town for a few weeks.