**FILED**

April 12, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
Julie Golden

DEPUTY

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,** | |
| **Plaintiff,** | |
| **v.** | |
| **ROGER DOBROVODSKY, as Trustee of EDU HOLDING TRUST D/T/D 3/22/2013,** | **Case No. 1:22-cv-00259-RP** |
| **DAVID W. GARRISON,** | |
| **ROBIN RISMILLER, and** | |
| **JANE AND JOHN DOES 1-100,** | |
| **Defendants.** | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO AMEND ORDER TO DEPOSIT FUNDS**

Before the Court is the Plaintiff The United States Life Insurance Company's Motion to Amend (Doc. __). The Court, having reviewed the Amended Motion, is of the opinion that it is meritorious and should be GRANTED. The Court's prior Order Granting Plaintiff's Motion to Deposit Funds (Doc. 6) is hereby AMENDED as follows;

**ORDERED** that the Clerk, United States District Court, shall receive and deposit into the Court's registry a check in the approximate amount of **$4,938,701.50, plus accrued interest**, which represents the death benefit payable under The United States Life Insurance Company in the City of New York life insurance policy number 3001548L issued to the late Carol Green.

**IT IS FURTHER ORDERED** that the Clerk, United States District Court, as soon as the business of the office allows, shall deposit these monies into the Disputed Ownership Fund (DOF)

1

4-12-2022

of the Court Registry Investment System (CRIS) where they shall remain until further order of the

Court.

SIGNED this __12th_____ day of ____April_____, 2022.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE