IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:22-CV-259-RP |
| ROGER DOBROVODSKY, et al., | § § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

On this date, the Court dismissed all claims in this case with prejudice. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the claims in this case are **DISMISSED WITH PREJUDICE**.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on December 16, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1